

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00086-CR

Nathan **FOUGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10858
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's court-appointed public defender filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. On May 29, 2019, this court issued an order advising appellant of his right to request the appellate record within ten (10) days and to file a pro se brief within twenty (20) days. On June 18, 2019, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313. 320-21 (Tex. Crim. App. 2014).

Although untimely, in the interest of justice, appellant's motion to access the record is GRANTED. It is ORDERED that the clerk of this court shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for trial court cause number 2018CR10858 to appellant at his current address: Dominguez Unit, TDCJ #02243763, 6535 Cagnon Road, San Antonio, Texas 78252.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty (30) days of the date of this order. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date the appellant's pro se brief is filed in this court.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court